James Michael STEELE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75580.

Missouri Court of Appeals,
Western District.

March 11, 2014.

Application for Transfer Denied
June 24, 2014.

Application for Transfer to Supreme
Court Denied April 29, 2014.

Frederick Ernst, Kansas City, MO, for Appellant.

Daniel McPherson, Jefferson City, MO, for Respondent.

Before Division Four: JAMES EDWARD WELSH, C.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

James Michael Steele appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).